IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3108 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JESUS NEVAREZ-SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1.      Defendant shall file the affidavit of Melvin Jones, a/k/a Bobby Jones, as referenced in filing 50, paragraph 3, on or before June 10, 2005.

2.      Plaintiff shall respond to Defendant's motion (filing 50) within 10 days after filing and service of the aforesaid affidavit.

DATED: May 26, 2005.        BY THE COURT:

s/ Richard G. Kopf
United States District Judge