IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3108 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JESUS NEVAREZ-SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion for enlargement of time (filing 53) is granted, and, accordingly, that Defendant shall have until June 24, 2005, to file the affidavit of Melvin Jones, a/k/a Bobby Jones.

DATED: June 10, 2005.          BY THE COURT:

                               s/ Richard G. Kopf
                               United States District Judge