IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:04CR3108 |
|---|---|---|
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| JESUS NEVAREZ-SANCHEZ, | ) ) | |
| Defendant. | ) | |

    IT IS ORDERED that the government's motion (filing 56) to extend time to respond to defendant's motion for new trial is granted. The government shall have until on or before July 8, 2005, to respond to defendant's motion for new trial (filing 50).

    June 30, 2005.                          BY THE COURT:

                                                                    s/ *Richard G. Kopf*
                                                                    United States District Judge