**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:04CR3108 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **ORDER GRANTING MOTION** |
| vs. | ) | **TO SEAL MOTION** |
| | ) | **FOR INTERIM PAYMENTS** |
| JESUS NEVAREZ-SANCHEZ, | ) | **AND ANY ACCOMPANYING** |
| | ) | **ORDER** |
| Defendant. | ) | |

       Before this Court is the Defendant's Motion to Seal to-be-filed Motion for Interim Payments and any accompanying order.  Upon due consideration of the same, the Motion to Seal, filing 59,  is hereby granted and the to-be-filed Motion and any accompanying order shall be filed under seal.


       DATED:  July 5, 2005.

                    BY THE COURT

                    s/ *David L. Piester*
                    David L. Piester
                    United States Magistrate Judge