IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3108 |
| | ) | |
| V. | ) | |
| | ) | |
| JESUS NEVAREZ-SANCHEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's objection (filing 99) to order (filing 98) is denied.

DATED this 8th day of January, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge