IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3108 |
| | ) | |
| V. | ) | |
| | ) | |
| JESUS NEVAREZ-SANCHEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's "objection" (filing 106), treated as a motion, is denied. The objection has not been treated as a notice of appeal. If the defendant wants to appeal, he should file a notice of appeal.

DATED this 10th day of February, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge